SCWC-12-0000484

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

SUSANNE M. LUNSFORD, Individually
and as Personal Representative of the
Estate of BRIAN F. MCVEY, Deceased,
Petitioners/Plaintiffs-Appellants,
v.
SURGICAL ASSOCIATES, INC.;
FONG-LIANG FAN, M.D.; JOSE A. GANEL, M.D.,
Respondents/Defendants-Appellees

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000484; CIV. NO. 09-1-2310)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna and Pollack, JJ.)

Petitioners/Plaintiffs-Appellants Susanne M. Lunsford, Individually and as Personal Representative of the Estate of Brian F. McVey, Deceased's Application for Writ of Certiorari, filed on October 18, 2013, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 20, 2013.

Dennis W. King                    /s/ Mark E. Recktenwald
Aaron Loeser
for petitioners                   /s/ Paula A. Nakayama

                                  /s/ Simeon R. Acoba, Jr.

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

